UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS JOSEPH ZIMMER, V                   CASE NO.: 1:04CV29SPM
and THOMAS JOSEPH ZIMMER, VI,
a minor by and through his mother and     Lower Case No: 01-02-CA-2659
next best friend, VALREE L. CONNELL,

    Plaintiffs,

vs.

PRISON HEALTH SERVICES, INC.
and LARRY A. BAKER, D.O.,

    Defendants.
_____/

## CORRECTED NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE of the withdrawal of DOROTHY CLAY SIMS of the Law Offices of Sims, Amat, Stakenborg & Henry as additional counsel for the above-named Plaintiffs.

    Respectfully submitted,

    LAW OFFICE OF RUSH & GLASSMAN

    S/ *Robert A. Rush*
    ROBERT A. RUSH, Esq.
    FL Bar No 0559512
    726 N.E. First Street
    Gainesville, FL 32601
    (352) 373-7566   (352) 376-7760 fax
    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Counsel has been furnished by CM/ECF to William Lawton Esq., P. O. Box 2928, Orlando, FL 32802, this 20th day of July 2004.

*S/Robert A. Rush*
Robert A. Rush